## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO TRANSFORMA TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 1:13cv01117-RGA |
| v. | JURY TRIAL DEMANDED |
| COMMNET WIRELESS, LLC, | |
| Defendant. | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff Novo Transforma Technologies, LLC ("NTT") and counsel for Defendant Commnet, LLC ("Commnet") have conferred regarding extending Commnet's time to respond to NTT's Complaint (D.I. 1).  Subject to the Court's approval, NTT requests that Commnet's time to file its response to the Complaint be extended up to and including September 19, 2013.

Dated: August 15, 2013                STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
*Counsel for Plaintiff*
*Novo Transforma Technologies, LLC*

**SO ORDERED**, this _____ day of _____, 2013.

                                              Richard G. Andrews
                                              United States District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080
